IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVIVSION

KHANIS-ORION MORNINGSTAR                                    PLAINTIFF
ADC #164590

v.                       No. 4:21-cv-607-DPM

GARY M. ARNOLD, Judge, Arkansas
Supreme Court, *et al.*                                     DEFENDANTS


RICKY ASHLEY                                                PLAINTIFF
ADC #099718C

v.                       No. 4:21-cv-608-DPM

GARY M. ARNOLD, Judge, Arkansas
Supreme Court, *et al.*                                     DEFENDANTS


KENNETH DORN                                                PLAINTIFF
ADC #169545

v.                       No. 4:21-cv-609-DPM

GARY M. ARNOLD, Judge, Arkansas
Supreme Court, *et al.*                                     DEFENDANTS

## ORDER

I am a named Defendant in these three related cases. *Doc. 1 at 1.* I therefore recuse. 28 U.S.C. § 455(b)(5)(i). The Clerk must reassign these cases at random by chip exchange.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 July 2021