IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKEY ASHLEY**                                                                                       **PLAINTIFF**
**ADC #099718C**

v.                                      CASE NO. 4:21-CV-00608-BSM

**GARY M. ARNOLD,** *et al.*                                                                   **DEFENDANTS**

## ORDER

Ricky Ashley's motions to proceed *in forma pauperis* [Doc. Nos. 1, 4, and 18] are denied. Ashley has received at least three strikes under PLRA. *See Ashley v. Moody*, 4:18-CV-00482 BRW (E.D. Ark. filed July 25, 2018); *Ashley v. Moody, et al.*, 4:18-CV-00497 BSM (E.D. Ark. filed July 31, 2018); *Ashley v. Moody., et al.*, 4:18-CV-00498 KGB (E.D. Ark. filed July 31, 2018). Ashley alleges that defendants are involved in a widespread "conspiracy against black citizens" that includes murders, attempts to infect Ashley with Covid-19, and the taking of black inmates' stimulus checks, among other things. Doc. No. 2; Doc. No. 5. These allegations are frivolous. *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992); *Vandiver v. Prison Health Services, Inc.* 727 F.3d 580, 585 (6th Cir. 2013). Neither Ashley's complaint nor proposed amended complaint reflect that Ashley is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

Accordingly, this case is dismissed without prejudice. Ashley's motion for summary judgment [Doc. No. 3] and motion to amend [Doc. No. 5] are denied. If Ashley would like to continue with this case, he must first pay the filing fee of $402 to the clerk, noting the above style and case number, within thirty days of the date of this order along with a motion

to reopen this case. Upon receipt of the full filing fee and his motion, this case will be reopened. An *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

    IT IS SO ORDERED this 5th day of October, 2021.

                                                UNITED STATES DISTRICT JUDGE