# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICKEY ASHLEY**                                                                                          **PLAINTIFF**
**ADC #099718C**

v.                              CASE NO. 4:21-CV-00608-BSM

**GARY M. ARNOLD,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of October, 2021.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE